ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> THUNDER PROPERTIES, INC.; ESPLANADE AT DAMONTE RANCH HOMEOWNERS ASSOCIATION; ATC ASSESSMENT COLLECTION GROUP, LLC, <br><br> Defendants. | Case No. 3:17-cv-00011-HDM-VPC |

**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Plaintiff, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, and Defendant, THUNDER PROPERTIES, INC., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On May 17, 2018, this Court entered a Minute Order scheduling this matter for trial commencing on September 24, 2018, and directing the parties to file cross-motions for summary judgment within 30 days, on or before June 16, 2018. [ECF #33].

1840 Wind Ranch #A

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

2. Defendant's counsel has been required to devote time and attention to numerous other pending legal matters since the entry of the minute order which detracted from the time available prepare and file a motion for summary judgment.

3. In addition, Defendant's counsel recently suffered a family emergency that necessitated significant time out of the office. This has created a large backlog of work.

4. Based upon the foregoing, Defendant has requested and shall be granted an further extension of time until June 22, 2018, in which to file its motion for summary judgment. Plaintiff shall likewise have such an extension in which to file its Motion.

5. The requested extensions are not expected to affect the scheduled trial date.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this ____15th____ day of June, 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

WRIGHT, FINLAY & ZAK, LLP

/s/ *Victoria Hightower*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Victoria Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964
vhightower@wrightlegal.net
*Attorney for Plaintiff*
*U.S. Bank Trust, N.A.*

**IT IS SO ORDERED.**

By: _Howard D. McKibben_____
U.S. District Court Judge

Dated: June 15, 2018

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____15th_____ day of June, 2018, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT (First Request)** to the following parties:

Victoria Hightower
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
vhightower@wrightlegal.net
*Attorney for Plaintiff*
*U.S. Bank Trust, N.A.*

Michael W McKelleb
ANGIUS & TERRY LLP
1120 N.Town Center Dr.
Suite 260
Las Vegas, NV 89144
702-990-2017
702-990-2018 (fax)
mmckelleb@angius-terry.com
*Attorney for Defendant*
*Esplanade at Damonte Ranch*
*Homeowners Association*

Edgar C Smith
Wright Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
esmith@wrightlegal.net
*Attorney for Plaintiff*
*U.S. Bank Trust, N.A.*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

1840 Wind Ranch #A