ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, ) ) ) | |
| Plaintiff, ) | Case No.   3:17-cv-00011-HDM-VPC |
| ) | |
| vs. ) | |
| ) | |
| THUNDER PROPERTIES, INC.; ) ESPLANADE AT DAMONTE RANCH ) HOMEOWNERS ASSOCIATION; ATC ) ASSESSMENT COLLECTION GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Plaintiff, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9

MASTER PARTICIPATION TRUST, and Defendant, THUNDER PROPERTIES, INC., by and

through their undersigned counsel, and hereby stipulate and agree as follows:

      1.      On May 17, 2018, this Court entered a Minute Order scheduling this matter for

trial commencing on September 24, 2018, and directing the parties to file cross-

motions for summary judgment within 30 days, on or before June 16, 2018. [ECF

#33].

1840 Wind Ranch #A

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

2.   On June 15, 2018, the parties submitted a stipulation extending the deadline to file the cross-motions for summary judgment until June 22, 2018. [ECF #34]. Said Stipulation was approved on June 15, 2018. [ECF #35].

3.   Plaintiff filed its Motion for Summary Judgment, as well as a Request for Judicial Notice, on June 20, 2018. [ECF #36, 37]. Defendant filed its Motion for Summary Judgment on June 22, 2018. [ECF #38].

4.   The Court's Minute Order provided that responses to the cross-motions for summary judgment shall be filed within 15 days, making the responses presently due on July 5 and July 7, respectively.

5.   Counsel has been required to devote time and attention to numerous other pending legal and personal matters since the filing of the motions for summary judgment which detracted from the time available prepare and file responses. In addition, the Independence Day holiday and the family obligations associated therewith are detracting from the time available.

6.   Based upon the foregoing, the parties stipulate and agree that responses to the cross-motions for summary judgment shall each be due on or before July 13, 2018.

//
//
//
//
//
//
//
//
//
//
//

1840 Wind Ranch #A

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

7.      The requested extensions are not expected to affect the scheduled trial date.

8.      This Stipulation is made in good faith and not for purpose of delay.

Dated this _____28ᵗʰ_____ day of June, 2018.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

WRIGHT, FINLAY & ZAK, LLP

/s/ *Victoria Hightower*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Victoria Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964
vhightower@wrightlegal.net
*Attorney for Plaintiff*
*U.S. Bank Trust, N.A.*

**IT IS SO ORDERED.**

By: _Howard D McKibben_____
     U.S. District Court Judge

Dated: _June 29, 2018_____

1840 Wind Ranch #A

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1

**CERTIFICATE OF SERVICE**

2          I HEREBY CERTIFY that on this _____28th_____ day of June, 2018, I served via the

3   United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION**

4   **AND ORDER TO EXTEND TIME TO  RESPOND TO MOTIONS FOR SUMMARY**

5   **JUDGMENT (First Request)** to the following parties:

6          Victoria Hightower                    Michael W McKelleb
          Wright, Finlay & Zak, LLP            ANGIUS & TERRY LLP
7          7785 W. Sahara Ave., Suite 200       1120 N.Town Center Dr.
          Las Vegas, NV 89117                  Suite 260
8          702-475-7964                         Las Vegas, NV 89144
          702-946-1345 (fax)                   702-990-2017
9          vhightower@wrightlegal.net           702-990-2018 (fax)
          *Attorney for Plaintiff*              mmckelleb@angius-terry.com
10         *U.S. Bank Trust, N.A.*               *Attorney for Defendant*
                                               *Esplanade at Damonte Ranch*
11         Edgar C Smith                        *Homeowners Association*
          Wright Finlay & Zak, LLP
12         7785 W. Sahara Ave., Suite 200
          Las Vegas, NV 89117
13         702-475-7964
          702-946-1345 (fax)
14         esmith@wrightlegal.net
          *Attorney for Plaintiff*
15         *U.S. Bank Trust, N.A.*

16                                             /s/ *Timothy E. Rhoda*
                                               An employee of ROGER P. CROTEAU &
17                                             ASSOCIATES, LTD.

18

19

20

21

22

23

24

25

26

27

28

Page 4 of  4

1840 Wind Ranch #A