WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Victoria Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964 - Fax (702) 946-1345
vhightower@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC.; ESPLANADE AT DAMONTE RANCH HOMEOWNERS ASSOCIATION; ATC ASSESSMENT COLLECTION GROUP, LLC<br><br>Defendants. | Case No.: 3:17-cv-00011-HDM-VPC<br><br>**ORDER TO EXTEND TIME TO FILE REPLY TO THUNDER PROPERTIES, INC.'S SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank") and Thunder properties, Inc. ("Thunder"), by and through their respective counsels of record, hereby stipulate and agree as follows:

1. On August 13, 2018, this Court entered an Order setting deadlines for supplemental briefing to U.S. Bank and Thunder's Motions for Summary Judgment.

2. U.S. Bank filed its Supplement on August 27, 2018.

3. Thunder filed its Supplement on August 27, 2018.

4. The deadline for each party to file a Reply to the Supplement is set for September 4,

2018.

5. U.S. Bank's counsel is requesting an additional seven days to file its reply to Thunder's Supplement.

6. Counsel for Thunder does not oppose this extension.

7. This Stipulation is made in good faith and not for purposes of delay.

Dated this 4th day of September, 2018.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Victoria L. Hightower*
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7967; Fax: (702) 946-1345
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust*

Dated this 4th day of September, 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD

*/s/ Timothy E. Rhoda*
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, NN 89148
(702) 254-7775
*Attorney for Defendant, Thunder Properties, Inc.*

## **ORDER**

IT IS SO ORDERED.

Dated: September 4, 2018

_____
Senior U.S. District Court Judge