1  UNITED STATES DISTRICT COURT

2  DISTRICT OF NEVADA

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, | Case No. 3:17-cv-11-HDM-CBC |
| Plaintiff | **Order Re: Notice of Settlement (ECF 62)** |
| v. | |
| Thunder Properties, Inc.; Esplanade at Damonte Ranch Homeowners' Association; ATC Assessment Collection Group, LLC | |
| Defendant | |

Based on the notice of settlement (ECF 62) filed by U.S. Bank's attorney that advises the Court that the parties have resolved the claims and defenses asserted against each other, and good cause showing, the Court grants the parties' request to vacate the current trial date of April 16, 2019.

The parties must file any settlement agreement or dismissal within 90 days of the date of this order.

IT IS SO ORDERED.

Dated: March 8, 2019

_____
Howard D. McKibben
Senior U.S. District Judge

1