ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>        Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC.; ESPLANADE AT DAMONTE RANCH HOMEOWNERS ASSOCIATION; ATC ASSESSMENT COLLECTION GROUP, LLC,<br><br>        Defendants. | Case No. 3:17-cv-00011-HDM-VPC |

**STIPULATION AND ORDER TO DISMISS**

    COMES NOW Plaintiff, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST (*"U.S. Bank"*), and Defendant, THUNDER PROPERTIES, INC. (*"Thunder"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

    1.  Thunder and U.S. Bank have entered into a settlement agreement resolving the instant action as between themselves in its entirety. The specific terms of the settlement are confidential but involve the payment of a sum of money by Thunder in exchange for the release and reconveyance of the security interest that

U.S. Bank claims to hold in the real property at issue herein.

2. U.S. Bank's claims against Co-Defendant, ESPLANADE AT DAMONTE RANCH HOMEOWNERS ASSOCIATION, were previously dismissed pursuant to an Order dated July 27, 2017 [ECF #22].

3. Co-Defendant, ATC ASSESSMENT COLLECTION GROUP, LLC (*"ATC"*), has neither answered nor appeared herein. U.S. Bank hereby voluntarily dismisses its claims against ATC without prejudice pursuant to Fed. R. Civ. P. 41(1)(A)(ii).

4. U.S. Bank's claims against Thunder shall be dismissed with prejudice in their entirety.

5. U.S. Bank and Thunder shall each bear their own attorneys' fees and costs incurred herein.

6. All claims at issue in this matter having been resolved, the instant action shall be closed.

Dated this ___6th___ day of June, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | WRIGHT, FINLAY & ZAK, LLP |
|---|---|
| /s/ *Timothy E. Rhoda* | /s/ *Robert A. Riether* |
| TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>***Attorney for Defendant***<br>***Thunder Properties, Inc.*** | ROBERT A. RIETHER, ESQ.<br>Nevada Bar No. 12076<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964<br>rriether@wrightlegal.net<br>***Attorney for Plaintiff***<br>***U.S. Bank Trust, N.A.*** |

**IT IS SO ORDERED.**

By: ___Howard D. McKibben___
Judge, U.S. District Court

Dated: ___June 7, 2019___